*E-Filed 1/7/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES E. CUNHA, | No. C 10-5367 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, and GLENN BROWN, | |
| Defendants. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. By order of the Court, plaintiff was granted 30 days (1) to file a complete application to proceed *in forma pauperis* ("IFP"), or (2) to pay the filing fee of $350.00, or face dismissal of the action. More than 30 days have passed since the order was filed, and plaintiff has not filed an IFP application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice as to plaintiff filing a complete IFP application or paying the filing fee. The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED**.

DATED: January 7, 2011

RICHARD SEEBORG
United States District Judge

No. C 10-5378 RS (PR)
ORDER OF DISMISSAL